UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DENNIS SUMLIN, *on behalf of himself and all others similarly situated*,    :
:
              Plaintiff,    :    25-CV-292 (JMF)
:
    -v-    :    <u>ORDER</u>
:
CHIP COOKIE CORP.,    :
:
              Defendant.    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 15, 2025  
       New York, New York

                                                  _____  
                                                        JESSE M. FURMAN  
                                                   United States District Judge