# EQUAL ACCESS LAW GROUP, PLLC

<u>**VIA ECF**</u>
Hon. Jesse M. Furman
United States District Judge Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

February 25, 2025

RE: **Sumlin v. Chip Cookie Corp. DOCKET NO. 1:25-cv-292**

Dear Judge Furman:

    The undersigned represents Dennis Sumlin, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement. Thank you for your time and consideration on this matter.

    Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

<u>**/s/ Asher H. Cohen**</u>

By: Asher H. Cohen, Esq.
    68-29 Main Street,
    Flushing, NY 11367
    Tel: +1 (718) 914-9694
    Email: acohen@ealg.law

