USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DENNIS SUMLIN,

                              Plaintiff,

      -against-

CHIP COOKIE CORP.,

                             Defendant.
----------------------------------------------------------------X

25-CV-292 (JMF) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on February 25, 2025 (doc. no 11) the Initial Case Management Conference currently scheduled for **April 8, 2025** is hereby adjourned *sine die*.

     **SO ORDERED.**

DATED:    New York, New York
               February 26, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge