UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

DENNIS SUMLIN, on behalf of himself and all others similarly situated,

        Plaintiffs,

        v.

Chip Cookie Corp.

        Defendant.

------------------------------------ x

Case no. 1:25-cv-292-JMF

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: March 28, 2025

_Asher Cohen_

Asher Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
T: (718) 914-9694
E: acohen@ealg.law
*Attorney for Plaintiff*

_Gregg Kligman_

Gregg M. Kligman
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas,
11th Floor, New York, NY 10105
T: (212)-370-1300
E: gkligman@egsllp.com
*Attorney for Defendant*

SO ORDERED.

_Jesse M. Furman_

March 31, 2025